## AMERICAN BANKERS' LIFE INSURANCE COMPANY V. LAMB.

Court of Appeals of Kentucky.

(Decided Jan. 18, 1935.)

JOE LANCASTER, for movant.

E. P. PHILLIPS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## CHOATE V. CHOATE.

Court of Appeals of Kentucky.

(Decided Jan. 22, 1935.)

F. B. MARTIN & E. J. STAHR, opposed.

WEBB & WEBB, for movant.

PER CURIAM.

Appeal denied; judgment affirmed.

## McBRIDE V. MIDLAND ACCEPTANCE CORPORATION.

Court of Appeals of Kentucky.

(Decided Jan. 22, 1935.)

LEE S. JONES, for movant.

G. E. WADE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.